JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Gabby Cabrera,

        Plaintiff,

    v.

United Imaging LLC, a Nevada
Limited Liability Company dba
United Medical Imaging Healthcare,

        Defendants.

Case No. 2:18-cv-00782-R-AGR

**Order re: Stipulation for
Dismissal of Action Pursuant to
Fed. R. Civ. P. 41(a)(1)(A)(ii)**

**ORDER**

    Having read the foregoing Stipulation and good cause appearing
therefore, this action is hereby ordered dismissed with prejudice.  Each party
is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  September 27, 2018

_____

Hon. Manuel L. Real
Unites States District Judge